UNITED STATES of America, Plaintiff–Appellee,

v.

Santos DE LOS SANTOS, Defendant–Appellant.

No. 03–40990.
Conference Calendar.

United States Court of Appeals, Fifth Circuit.

Feb. 18, 2004.

Before HIGGINBOTHAM, EMILIO M. GARZA, and PRADO, Circuit Judges.

PER CURIAM.*

Santos De Los Santos pleaded guilty to one count of transporting an illegal alien in violation of 8 U.S.C. §§ 1324(a)(1)(A)(ii) and 1324(a)(1)(A)(v)(II). The district court sentenced De Los Santos to 27 months' imprisonment and three years' supervised release.

De Los Santos argues that a conflict exists between the district court's oral pronouncement of sentence and the written judgment. The written judgment contains a condition of supervised release prohibiting the possession of a dangerous weapon, but the court did not mention this condition at the sentencing hearing. This issue is foreclosed by *United States v. Torres–*

---

*Aguilar,* 352 F.3d 934, 935–38 (5th Cir. 2003).

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.